**FILED**

**MAY 2 1 2008**

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | | |
|---|---|---|
| DOUGLAS MORAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIV 07-3006 |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**COME NOW**, Plaintiff, Douglas Moran, and Defendant, United States of America, by and through their undersigned attorneys, and hereby stipulate and agree that the above-entitled Civil Action No. 07-3006 may be dismissed upon its merits, with prejudice and with each party to bear its own fees, costs, and expenses, and that a *Dismissal* may be entered. As grounds for dismissal, the parties agree that in medical malpractice cases, negligence must be established by the testimony of medical experts. In this case, there is no expert testimony supporting Plaintiff's claim for medical malpractice.

DATED this 14th day of May, 2008.

ABOUREZK & ZEPHIER, P.C.
Attorney at Law

Robin L. Zephier
Attorney for Plaintiff
PO Box 9460
Rapid City, SD 57709
(605) 342-0097
FAX: (605) 342-5170
zephri@rushmore.com

MARTY J. JACKLEY
United States Attorney

Cheryl Schrempp DuPris
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
(605) 224-5402
FAX: (605) 224-8305
cheryl.dupris@usdoj.gov